Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
Fax: (316) 265-3819
randy@depewgillen.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JCM 082763, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 12-CV-1451-SAC-KGS |
| | ) |
| HEINEN BROS. AGRA SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

COMES NOW the plaintiff, and for its cause of action against the defendant, alleges and states:

1. The plaintiff is a limited liability company duly authorized and existing under the laws of the state of Florida.

2. The defendant is a corporation, duly authorized and existing under the laws of the state of Kansas.  It may be served with process by service upon its registered agent, Glenn Heinen of 1226 104th Road in Seneca, KS 66538.

3. This action involves a dispute between citizens of different states and the amount in controversy is in excess of $75,000. Accordingly this Court's jurisdiction is invoked under 28 USC §1332. Venue is proper in this Court under 28 U.S.C. §1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district.

4. Plaintiff is the title owner of 480 acres of prime hunting acreage in Chautauqua County, Kansas. The property is a sportman's paradise and the plaintiff operates a hunting lodge and outfitting business on the property.

5. On or about June 6, 2011, the defendant made an aerial application of Remedy Ultra, an herbicide, to property abutting the plaintiff's land. The label of the product warns users that applications should be made when there is little or no hazard from spray drift. It warns that small amounts of spray, which may not be visible, may seriously injure susceptible plants. Violation of the label is a federal crime.

6. In spite of the label warnings, the defendant sprayed on the morning of June 6 and drift from the spray killed and damaged a large amount of trees on the plaintiff's property. The wind was greatly in excess of that specified by the label. The trees in question had a value in excess of $100,000.

7. The defendant's conduct was wanton and reckless and the defendant is liable for punitive damages in an amount of $100,000.

WHEREFORE the plaintiff respectfully prays for a judgment in excess of $75,000, plus his costs, attorney fees, and any further relief this Court would deem just or equitable.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: randy@depewgillen.com
*Attorneys for Plaintiff*

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiff and designates Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*

## REQUEST FOR JURY TRIAL

COMES NOW the plaintiff and respectfully requests a trial by jury with regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun, #09765
*Attorneys for Plaintiff*